UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Crystal Williams

        Plaintiff,

                                                          Case Number: 6:20-cv-00051-PGB-LRH

v.

Professional Recovery Management, Inc.
doing business as
Fox Collection Center,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

      COMES NOW, the Plaintiff, Crystal Williams, to notify this court pursuant to Local Rule 3.08 that she has reached a settlement with Defendant, Professional Recovery Management, Inc., as to all claims. Upon consummation of the settlement terms, the Plaintiff will dismiss this case with prejudice

      Submitted this February 3, 2020, by:

                                                            /s/Thomas M. Bonan
                                                            Thomas M. Bonan
                                                            Florida Bar Number: 118103
                                                            Seraph Legal, P. A.
                                                            2002 E. 5th Ave., Suite 104
                                                            Tampa, FL 33605
                                                            (813) 567-1230
                                                           tbonan@seraphlegal.com
                                                           Counsel for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on February 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendant's counsel, via electronic mail.

                                                            /s/Thomas M. Bonan
                                                           Thomas M. Bonan